\* "EMERGENCY" \*
ACTION

*Seeking Certification and IV/V TRO/Injunction on all Counts and "Class" on Counts and Jurisdiction on Counts where appropriate and "supplemental" Jurisdiction where appropriate*

**Name and Prisoner/Booking Number:** Travis Charles Hughes #

**Place of Confinement:** ASPC-Kingman / Huachuca Unit

**Mailing Address:** P.O. Box 6639

**City, State, Zip Code:** Kingman, AZ 86402

(Failure to notify the Court of your change of address may result in dismissal of this action.)

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

**REFERENCE** LRCivP 5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Travis Charles Hughes, et. al,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) David Shinn, et. al,
(Full Name of Defendant)

(2) Jeff Wrigley,

(3) The GEO Group, Inc.,

(4) Correct Care Solutions / Wellpath,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV20-08246-PCT-MTL--ESW
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☑ FILED  ___ LODGED
___ RECEIVED  ___ COPY

SEP 1 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: ___

2. Institution/city where violation occurred: ASPC-Kingman / Huachuca Unit, Arizona.

Revised 3/11/16

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __David Shinn__. The first Defendant is employed as: __ADCRR - Director__ at __State of Arizona__.
   (Position and Title) (Institution)

2. Name of second Defendant: __Jeff Wrigley__. The second Defendant is employed as: as: __WARDEN - ASPC-Kingman__ at __The GEO Group Inc.__
   (Position and Title) (Institution)

3. Name of third Defendant: __The GEO Group, Inc.__ →(MEDICAL John/Jane Doe's). The third Defendant is employed as: __Private Prison Contractor__ at __Huachuca Unit (ASPC-Kingman)__
   (Position and Title) (Institution)

4. Name of fourth Defendant: __CCS/Wellpath__ →(MEDICAL John/Jane Doe's). The fourth Defendant is employed as: __Prison medical care Contractor__ at __Huachuca Unit (ASPC-Kingman)__.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment and State Supplemental jurisdiction for negligence__.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ASPC-Kingman is a State owned facility, operated by the GEO Group, Inc. Its Warden is Jeff Wrigley. The GEO "INMATE HANDBOOK" (Revision 11/8/19) was approved by ADCRR David Shinn. Pg 8 - paragraph 9, "RECREATION" Reads: "When using recreation equipment, safety practices must be followed." This statement is an admission by the defendants' that exercise might be a hazardous activity which requires a heightened awareness of possible risks and the adherence to safety practices. Safety is NOT a basic human instinct. Sometimes it is the antithesis to our fallible nature. That is where proper training comes into play; however ADCRR and GEO insist that any department/corporate liability is absolved with the unwritten policy of "PLAY AT YOUR OWN RISK!" This is evident by the "deliberate indifference" shown by prison officials to the safety of inmates during recreation. Defendants do not post instructions/warnings on equipment or pamphlets on those we can check out. No training is provided OR specialized employees retained. IN January 2019 I sustained an abdominal hernia that quickly developed into a life-threatening condition (see Count 3) This was preventable with posted instructions like in gyms or public parks.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Potentially fatal hernia (see injunction) Severe and debilitating pain which has shifted this "acute injury" into a lifelong "Disability". This has caused or exacerbated other medical conditions, including mental. (Refer to Count II and III for details --- Incorporate by reference)

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

3

*THIS IS THE ONLY MENTION ON "SAFETY PRACTICES" DURING RECREATION DURING THE ENTIRE WEEK LONG INMATE ORIENTATION. RECREATION IS A REQUIRED ACTIVITY.*

Contraband is any item that is not authorized for inmate possession per Department Order #909 or any altered item or one not issued or sold through the commissary. Any contraband found on an inmate or on facility grounds will be removed and disposed of according to facility policy and procedures.

**MEDICAL SERVICES:**
Medical will hold daily sick call. If you have a medical problem, you must fill out a Health Needs Request form (HNR) for Non-Emergency or Emergency and deposit it in the medical services box located in front of the programs building.

You will be charged a $4.00 Health Services fee for visits you initiate.

If a medical emergency arises, contact one of the officers immediately so medical attention can be provided. If you are unable to work because of illness, you must receive a Duty/Special Needs Order stating the length of time you will be incapacitated. If you do not have a Duty/Special Needs Order, you must report to work. Submit a HNR to medical.

KOP medications are not automatically renewed. Seven days before your KOP medications are scheduled to expire, you should submit an HNR to the Medical Department requesting renewal of your medications.

**RELIGIOUS SERVICES:**
Religious services will be held in designated areas. Please check schedule on dormitory bulletin boards for various times and locations.

**LIBRARY / RESOURCE LIBRARY:**
You will be allowed to check out books for your use during non-working hours. If you check out a book, it is your responsibility to return it to the resource library. Library hours are posted on the unit bulletin boards.

**NOTARY SERVICES:**
Notary Service is available for a fee of $1.00. Contact your CPO for more information. Indigent inmates wanting copies or Notary Service must have the permission of the Para-legal.




**RECREATION:**
Recreation equipment will be used only during the inmate's non-working hours and as scheduled. When using recreation equipment, safety practices must be followed. Failure to follow safety practices will result in your being restricted from using the equipment. No horseplay will be tolerated. Inmate exercise shall only occur during authorized recreation time.

**IN-HOUSE HOBBY CRAFTS:**
Inmates are allowed to pursue in-house hobbies and craft projects to the extent that hobbies/crafts do not interfere with the security of the institution, or the safety of the inmate or other inmates. Approved hobby craft shall be store purchase only and adhere to Department Orders 809, 903 and 909.

Finished products may be sent out with visitors, sent to the Arizona Prison Arts and Trade Outlet, or mailed out, within 30 days of completion.

Inmates are authorized to participate in hobby craft consistent with their phase level by obtaining and completing a Hobby/Craft request form from their assigned CPO.

**INMATE STORE:**
Inmates are allowed to shop once a week. Inmate Store Lists showing available items and prices are posted on dormitory bulletin boards and outside the Inmate Store. Inmate Store order forms can be obtained from the dorm officer and must be filled out prior to shopping. If an inmate is on disciplinary loss of privileges (LOP) for a period less than 30 days, the inmate shall shop on his next assigned shopping day after his LOP has expired. If LOP is for 30 days or longer the inmate may shop during the second week of the 30 day LOP period. Only hygiene items, writing materials, and stamps may be purchased. The shopping schedule varies. Inmates should consult their bulletin board for times.

**LAUNDRY:**
Laundry schedule will be posted on dormitory bulletin boards. Inmates are not permitted to handwash their own clothing and shall be subject to disciplinary action if found in violation. Clothing not properly laundered to an appropriate temperature can result in scabies,

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Rehabilitation Act, ADA, Equal Protection, Due Process</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: <u>"Disability" Rights in Prison</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Injury from Count I caused debilitating pain which significantly restricted my mobility. Over the last 18 months, I have gained in excess of 100 lbs. Participation in recreational activities is impossible. Sitting/Standing for longer than about 15 minutes is extremely painful. I have to modify the way I shower and defacate as well as other activities of daily living. My sleep is severely disrupted. I cannot carry even light objects. My walk is unstable and I frequently fall. One time I "blew out" my knee and required weeks of crutches. The defendants do not provide a permanent walking device like a cane, any pain management, heat therapy/TENS, a double mattress, physical therapy or other medical care that would allow me to participate in prison programming. It is even painful to sit and do home-work for my mandatory prison classes. For the last 18 months, I have asked and been denied an inmate "Porter" who could help me access the services of this prison like the law library, the Chow Hall (on occassion), modified recreation, basic hygiene, store and property. The prison is a "public entity" and these are "reasonable accomodations". (Refer to Count 3 and TRO/injunction for details).
   
   ✱ I am a "qualified individual with a disability" under 42 U.S.C. §12132 - See my declaration

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I do not have "meaningful access" to programs that persons with disabilities are otherwise entitled to. Those I do participate in are unusually difficult, painful or dangerous because the prison has failed to accommodate my disabilities.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>N/A</u>

# COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment --- State supplemental jurisdiction for medical malpractice.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In January 2019, while utilizing the recreation equipment at the Huachuca Unit, I literally felt my stomach "tear". I immediately rested but the pain dramatically increased over the next couple days. I sought medical care and was issued a "hernia belt" and a bottom bunk. It hurt to do ANYTHING. Defendant CCS/Wellpath would only advise me to buy "pain relievers" at the store. The abdominal protrusion quickly grew from pea size to that of a large grapefruit. The pain was unbearable and I could no longer exercise and it was hard to get out of bed. I gained over 100 lbs in less than a year. Because of the added BMI, my feet (already exposed to a prior injury) suffered greatly. CCS would not take x-rays or send me to a specialist for treatment. My back began to ache, then the pain became "stabbing"--- I could hear the vertebrae crack. Again CCS would not take imaging, provide heat therapy/TENS or provide any pain management, ie, medications. My walk became very unstable and I was prone to frequent and painful falls.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Bedridden/on the verge of death. Difficulty in caring for myself. Substantial weight gain (100 lbs), severe knee, back, and foot pain. Deterioration of mental health (I feel hopeless about the future).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## Count III - Continued

On one occassion, while simply trying to walk, I crashed so hard to the ground as to "blow out my knee." GEO would not respond to an ICS call and fellow inmates assisted me to the medical unit. I was NOT assessed; instead a nurse handed me a pair of crutches through a door. I used them for about 3 weeks before medical took them back. I was NOT provided any type of therapy or medication for this injury. They will not even issue a cane or orthopedic shoes. I believe I need surgery on my knee. Because of COVID-19 it is very difficult to get an outside specialist. They do have inhouse X-ray and ultra-sound capabilities but they have not referred me to such; even though clearly warranted. Also they have not utilized the medical units heat therapy/TENS (which I have been told can relieve pain) I have never been prescribed a back brace or pain medication, only told to buy it at store. They refuse to authorize an inmate assistant to help with my daily challenges. This has caused a severe emotional strain. I am having significant depression, which has gone untreated. In September, 2020, another inmate was rushed to the hospital for an "EMERGENCY" hernia

## Count III - Continued

surgery. Mine is 4X's the size of his. He is always out playing soccer and I can barely get out of bed. I don't understand what is going on??? (Refer to injunction/TRO for details) It really feels like the defendants are denying care in order to save money. They know I will be released in less than 10 months. They are betting MY LIFE that medical care can be "put off" a few more months. That sinister thought should not be calculated in determining a proper treatment plan for me! 10 months, 10 years, or even death row --- no one deserves to be in this much pain!!!

✷ NOTE: In January, 2020, GEO also took over the medical care unit (as well as provide security) --- Since that time, medical care has even gotten worse!

E. REQUEST FOR RELIEF

State the relief you are seeking:
Compensatory and punitive damages, An injunction/TRO to ensure proper medical care (life-threatening), appointment of counsel, a jury trial on all triable issues, all cost associated with this action and any other relief this honorable court deems fair, just and equitable... to include certification as a "class"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9-11-20
             DATE                                    SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6