Inmate J.A.M.
ADC # 337243
Arizona State Prison Complex Kingman
Unit Huachuca
P.O. Box 6639
Kingman AZ 86402

Clerk, U.S. District Court
Sandra Day O'Conner U.S. Courthouse, Suite 401
401 W. Washington St., SPC-1
Phoenix, AZ 85003-2118

RECEIVED
SEP 18 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

