IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

TRAVIS CHARLES HUGHES,
  PLAINTIFF
-VS-
DAVID SHINN, et. al,
  DEFENDANTS

CASE NO: CV20-08246-PCT-MTL--ESW

"DECLARATION IN SUPPORT OF TRO/INJUNCTION"

FILED ___ LODGED ___
RECEIVED ___ COPY ___

SEP 18 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Travis C. Hughes hereby states:

In March 2019 I was exercising on various equipment. I had my feet under some faulty torn pads that continued to slip off. This was a new and different fittness station than I had been familiar with at Meadows Florance prison. This is an elevated sitting pad at aproximately 42" off the ground. Across from the seat is two levels of padded rungs for your feet to hook under. One level with seat and the other 6" to 8" lower. All but one of the pads is properly functioning. The elevated seat allows you to decline and arch your spine and back far behond that of conventional sit up equipment. As I'm straining on my third set, the faulty, torn, weathered foot support comes apart on the left side. I have my right locked under still, so the sudden fall is a awkard twisting where my arms are instinctively flinging to protect the back of my head. I felt a sharp stabbing pain tear in my abdomen. The next day I wrote an HNR to medical about this. I was assigned a bottom bunk, nothing more. At the time I was so overwhelmed by the pain and terrified by seeing my intestines portruding my stomach I paid little attention to my knee and back. A couple days later I awoke with what I figure a pinched nerve in my back. For a week it became a nausiating ordeal to go from standing to laying down taking almost a minute to perform. Because of the lack of care I and others recived here I

chose to relax and wait for it to pass. Like most auto accidents the extent of these injuries is not noticed untill days after.

    I have repeatedly complained to medical every 4 to 6 months about my abdominal hernia. And when I learn of other inmates with less severe hernias having corrective surgery. Upon one of these visits I was advised exercise and weight loss will help the pre-existing acute injury. Shortly after I am participating in VolleyBall, and I simply jumped straight up to block and blew out my right knee. Due to the swelling and length of painfull recovery, I believe I tore ligaments in the front and rear of my knee. I called for ICS and was refused. Requested wheel chair and was refused. Floor officer that called for me suggested I barrow another inmates cane and walk down to medical. or have my bunkie help me. So medical was aware of incident. After having 2 inmates help support my weight, we hopped/carried me there. I was refused to be seen and directed to submit an HNR form. This took place on a Saturday and I wasn't called to medical untill Tuesday. I was never seen or treated. The swelling was never inspected or looked at. I was simply handed cruches and told I will be seen by provider some time in the next 14 days. I was only allowed cruches for 2 weeks and denied a cane upon request. My walk is still impaired and I am prone to falls due to my knee will

I was discussing my situation with the recreation porter here, to see about other inmates and if and when injuries occurr, what should an inmate do, and how to protect ourselves. I was informed that the equipment I was using when I sustained my injury is more of a back exercise station. It's design is to put the front of your hips on the pad, with your heels under the pads I had break loose. Used this way facing the ground with-in arms reach and using your back to lift you from hanging to level. Properly used this equipment poses little or no danger. But because of limited equipment and absolutely no posted or printed safty use and opperation posted anywhere. 90% of individuals that who exercise on this station do so in the manner opposite of it's design. That is the cause and reason for my complaint.

Since I have been living disabled for 18 months I have suffered severe depression, anxiety ridicule from both inmates and staff. Upon leaving chow hall headed to dorms we are subject to searches. While my whole dorm is heading back an officer yells to me, "What am I hiding under my shirt." Not sure who out of 100+ people he was addressing everyone stops. Then a fellow inmate close by yells, "it's his hernia." I step aside and lift my shirt to prove it is not contraband. The officers response is "Ouch, get that taken care of." I believe if you could see how large and painfull my hernia is you would be sympathetic to my

buckle when fully extened. Which leads me to believe I hyper extened it while trying to exercise like medical advised. But it is also very likely that I only further injured what originally happed on the incident when I ruptured my hernia.

Last is the most disabling, long term and largest issue of the list of injuries. After the week of pinched nerve that left me bed ridden and unable to sit up unassisted. This has gone from an annoying ache to a constant discomfort. I can feel and hear 3 or 4 of my bottom vertebre if I sit up on my bunk with out first lowering my feet to the floor. This is the exact spot of the 12"x6" pad I was suspended upon elevated when I suffered my abdominal injury. Standing more than 10 or 15 minutes leads to a sharp ache piercing each sides of my spine. Even sitting on our stools with no back suport is in limited comfort, like now writing at my desk has taken a couple moments of lying flat before proceeding. There is no means to facilitate inmates who claim back pain, and I am not seeking narcrotics because of my past opiod addiction. I have submitted HNR for purposes of documentation on this matter. I expect pain relievers.

I hope that hearing and understanding my events of injuries, as well as the lack of treatment provided brings forth with merit how it is now a long term suffering disability and allows us to move forward with proceedings.

situation, and wonder why it has yet to be treated. If you were to take a large grapefruit place it at your belly button and tuck your shirt in. Thats an adequate not exagerated example of just how horrifically severe my ruptured hernia has progressed. I only hope to have the corrective procedure before it becomes fatal. Over 4 inmates I know personally have received it, and I'm still fighting with prison provider to schedule myself after repeatedly being denied. I feel a positive response to this letter would greatly improve my mental and emotional state at this time. Every thing I have so far as tried has been hopeless.

Thank You
Travis Charles Hughes
*/s/ Travis C. Hughes*